UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number:  08-14079-CIV-MARTINEZ-LYNCH

TAMARA GERMANY, on behalf of herself
and those similarly situated,

    Plaintiff,

vs.

CHECKUPS - FL, LLC, a Florida limited
liability corporation, CHECKUPS HOLDINGS,
INC., a foreign corporation, JACK TAWIL,
individually and RALPH TAWIL, individually,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR CLERK'S DEFAULT AND ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon Plaintiff's Motion for Clerk's Default (D.E. No. 10).  Specifically, Plaintiff seeks a Clerk's Default against Defendants Checkups-FL, LLC and Checkups Holdings, Inc. for failure to respond to the Complaint.  Upon review of the record, Defendants have indeed failed to answer or otherwise respond to the complaint.  Therefore, it is:

**ORDERED AND ADJUDGED** that

    1.    Plaintiff's Motion for Clerk's Default (D.E. No. 10) is **GRANTED**.  The Clerk shall immediately enter a Clerk's Default against Defendants Checkups-FL, LLC and Checkups Holdings, Inc.

    2.    Plaintiff shall submit a Motion for Default Final Judgment and proposed Default Final Judgment no later than **June 6, 2008**, that includes affidavits of the amount due by Defendants and any other supporting documentation necessary to determine the measure of

damages.  Plaintiff shall send a copy of the motion to Defendants' counsel or to Defendants, if Defendants do not have counsel.  In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent.

3. If Defendants fail to respond to the Complaint and/or move to set aside the Clerk's Default on or before **June 6, 2008**, default final judgment may be entered.  Simply put for individuals without an attorney, if a Defendant does not send an objection to the Clerk of Court before the above deadline, then the Plaintiff may be able to take the nonresponding Defendant's property or money.

4. Plaintiff's failure to file for the Motion for Entry of Default Final Judgment within the specified time will result in a **dismissal** without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of May, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

Checkups-FL, LLC
Incorporating Services, Ltd., Registered Agent
1540 Glenway Drive
Tallahassee, FL 32301

Checkups Holdings, Inc.
Incorporating Services, Ltd., Registered Agent
1540 Glenway Drive
Tallahassee, FL 32301